JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE NEMETH, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC.; AMERICREDIT CORP.; and DOES 1-10,<br><br>Defendants. | Case No. CV12-02761 DMG (CWx)<br><br>**ORDER RE DISMISSAL [28]**<br><br>Complaint Filed: March 29, 2012 |

In accordance with the parties' stipulation, filed on September 5, 2012,

IT IS HEREBY ORDERED, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 6, 2012

_____
DOLLY M. GEE
United States District Judge